IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE L. HAHN, | ) | CASE NO. 8:13-CV-295 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| GGNSC NEBRASKA CITY, LLC, | ) | |
| d/b/a Golden Living-Nebraska City | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Stipulated Dismissal With Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their/its own costs and fees and the complete record shall be waived.

Dated this 2nd day of December, 2014.

BY THE COURT,

s/ Joseph F. Bataillon
Senior United States District Judge